LaFORGE *v.* WAINWRIGHT, CORRECTIONS
DIRECTOR.

No. 6, Misc.   Decided April 22, 1963.

Petitioner *pro se.*

*Richard W. Ervin,* Attorney General of Florida,
and *Bruce R. Jacob,* Assistant Attorney General, for
respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis*
and the petition for writ of certiorari are granted.
The judgment is vacated and the case is remanded for
further consideration in light of *Gideon* v. *Wainwright,*
372 U. S. 335.